UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | NO. 3:12-00076 |
| ) | JUDGE CAMPBELL |
| ALLEN WALKER, et al.   ) | |

ORDER

A Superseding Indictment (Docket No. 27) was filed in this case on June 13, 2012 adding Defendants Jason Powell, Megan Johnson, Ashley Johnson, Jeffrey Johnson, Robert Hall, Anthony James, Billy Griffith, and Charles Powell. The Court will hold a status conference on July 18, 2012, at 10:00 a.m. The trial in this case is currently scheduled for January 29, 2013.

All Defendants shall attend the hearing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE