UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN ROY WALKER, et al. | ) | |

ORDER

Pending before the Court is Defendant Charles Eugene Powell's Motion to Continue Status Conference (Docket No. 104). The Motion is GRANTED.

The status conference scheduled for July 18, 2012, at 10:00 a.m. is RESCHEDULED for July 18, 2012, at 2:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE