UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00076 |
| ) | JUDGE CAMPBELL |
| ALLEN WALKER, et al. ) | |

ORDER

A Superseding Indictment (Docket No. 27) was filed in this case on June 13, 2012 adding Defendants Jason Powell, Megan Johnson, Ashley Johnson, Jeffrey Johnson, Robert Hall, Anthony James, Billy Griffith, and Charles Powell. The Court held a status conference on July 18, 2012. For the reasons stated on the record, the trial in this case remains scheduled for January 29, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE