UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN ROY WALKER, et al. | ) | |

## ORDER

The Court will hold a status conference on November 14, 2012 at 1:00 p.m. for all Defendants. All Defendants and their attorneys shall be present at the hearing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE