IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3-12-CR-00076-4 |
| | ) JUDGE CAMPBELL |
| ASHLEY JOHNSON | ) |

ORDER

Pending before the Court is a Motion to Continue (Docket No. 158), asking the Court to continue the plea hearing date of December 10, 2012. The December 10th date is an alternative change-of-plea hearing date. *See* Docket No. 150. The pretrial conference and/or plea hearing remain set for January 14, 2013, at 2:30 p.m. Docket No. 26. Therefore, Defendant's Motion is denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE