UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN ROY WALKER, et al. | ) | |

## ORDER

Pending before the Court is Defendant Megan Johnson's Second Motion to Reset Status Conference (Docket No. 173) currently scheduled for March 8, 2013. The Motion is GRANTED.

The status conference is RESCHEDULED for March 11, 2013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE