UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN ROY WALKER, et al. | ) | |

ORDER

The change of plea and/or the pretrial conference scheduled for April 5, 2013, is RESCHEDULED for April 3, 2013, at 9:00 a.m.

All other deadlines set forth in Order (Docket No. 170) entered January 3, 2013, remain unchanged.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE