IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-12-00076-05 |
| v. | ) | |
| | ) | |
| JEFFREY ANDREW JOHNSON | ) | |

O R D E R

A hearing is scheduled on **Monday, June 24, 2013, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN to address the Petition submitted by the defendant's Pretrial Services Officer on June 12, 2013.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge