ORDER:
Motion granted.
Hearing is RESCHEDULED to August 7, 2013, at 1:30 p.m.

John Bryant,
USMJ

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-00076 |
| ) | Magistrate Judge Bryant |
| MEGAN JOHNSON ) | |

### UNOPPOSED MOTION TO CONTINUE HEARING ON PETITION REGARDING NONCOMPLIANCE WITH CONDITIONS OF RELEASE

**COMES NOW** the Defendant, **Megan Johnson**, by and through her undersigned counsel, and respectfully requests that the Court continue the July 30, 2013 hearing on the pending Petition regarding noncompliance with conditions of pretrial release. In support hereof, Defendant Megan Johnson states as follows:

1. This afternoon, the Court entered an Order scheduling a July 30, 2013 at 1:30 p.m. hearing on U.S. Probation's Petition regarding Defendant Megan Johnson's alleged noncompliance with the terms of her pretrial release. Undersigned counsel is slated to be out-of-town on a prepaid trip during the entire week beginning July 29, 2013, and therefore respectfully requests that this matter be continued or reset to a date after August 5, 2013 that is mutually convenient to the Court and the parties.

2. AUSA Lynne Ingram has authorized undersigned counsel to report that the government does not oppose this request.

**WHEREFORE**, based on the foregoing, Defendant Megan Johnson respectfully requests that the Court continue the July 30, 2013 at 1:30 p.m. hearing to a date after August 5, 2013 that is

1