UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| JASON POWELL | ) | |

ORDER

Pending before the Court is Defendant Jason Powell's Motion To Suppress Search Of Vehicle (Docket No. 210). The Court will hold a hearing on the Motion on October 3, 2013, at 1:00 p.m.

It is so ORDERED.

  _____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE