UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| JASON POWELL | ) | |

ORDER

Pending before the Court is Jason Powell's Motion to Hold in Abeyance Motion to Suppress Search of Vehicle and to Stay Evidentiary Hearing (Docket No. 213). The Motion is DENIED given the imminent trial date.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE