UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00076 |
| ) | JUDGE CAMPBELL |
| ALLEN WALKER, et al. ) | |

## ORDER

Pending before the Court are Defendant Jeffrey Johnson's Motion For Leave To Join Defendant Walker's Motion To Dismiss Count One Of The Superseding Indictment (Docket No. 232), Defendant Charles Eugene Powell's Motion For Leave To Join Defendant Walker's Motion To Dismiss Count One Of The Superseding Indictment (Docket No. 235), and Defendant Billy Griffith's Motion To Join Defendant Walker's Motion To Dismiss Count One Of The Superseding Indictment (Docket No. 244). The Motions are GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE