UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN WALKER, et al. | ) | |

ORDER

Pending before the Court is Defendant Jeffrey Johnson's Motion For Leave To Join Defendant Jason Powell's Motions (Docket No. 246). Through the Motion, Defendant Jeffrey Johnson seeks to join Defendant Powell's Motions at Docket Nos. 239, 240, 241, 242, and 243. The Motion is GRANTED.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE