UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN WALKER, et al. | ) | |

ORDER

Pending before the Court is Defendant Allen Roy Walker's Motion to Join Co-Accused Jason Powell's Motions (Docket No. 249). Through the Motion, Defendant Walker seeks to join Defendant Powell's Motions at Docket Nos. 239, 240, 241, 242, and 243. The Motion is GRANTED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE