UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN WALKER, et al. | ) | |

ORDER

Pending before the Court are Defendant Charles Eugene Powell's Motion To Accelerate Date For Change Of Plea Hearing (Docket No. 251), and Motion For Leave To Withdraw From Defendant Walker's Motion To Dismiss Count One Of The Superseding Indictment (Docket No. 252).

The Motion For Leave To Withdraw From Defendant Walker's Motion To Dismiss Count One Of The Superseding Indictment (Docket No. 252) is GRANTED.

The Motion To Accelerate Date For Change Of Plea Hearing (Docket No. 251) is GRANTED in part and DENIED in part. Due to an anticipated criminal trial set for the week of October 14, 2013, the Court is unable to accelerate the change of plea hearing to a date during that week. The change of plea hearing for Defendant Charles Eugene Powell is RESCHEDULED for October 11, 2013, at noon. Any proposed plea agreement shall be submitted to the Court by October 9, 2013.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE