UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN WALKER, et al. | ) | |

ORDER

Pending before the Court is Defendant Jason Powell's Motion To Strike All Pre-Trial Motions And To Stay Evidentiary Hearing (Docket No. 257). Through the Motion, Defendant Jason Powell seeks to strike his motions filed at Docket Nos. 239, 240, 241, 242, and 243, and cancel the evidentiary hearing scheduled for October 3, 2013. The Motion is GRANTED.

To the extent any Co-Defendant who joined in Defendant Jason Powell's motions still seeks the relief requested in the motions, he or she shall file their own motions.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE