UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) NO. 3:12-00076
) JUDGE CAMPBELL
ALLEN WALKER, et al. )

## ORDER

Pending before the Court is Defendant Allen Roy Walker's Motion To Join Co-Accused Jeffrey Johnson's Motions (Docket No. 263). Through the Motion, Defendant Walker seeks to join Defendant Jeffrey Johnson's Motions at Docket Nos. 259, 260, 261, and 262. The Motion is GRANTED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE