UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN WALKER, et al. | ) | |

ORDER

Pending before the Court is Defendant Billy Griffith"s Motion For Leave To Join Defendant Jeffrey Johnson's Motions (Docket Entries 260-262) (Docket No. 266). Through the Motion, Defendant Griffith seeks to join Defendant Jeffrey Johnson's Motions at Docket Nos. 260, 261, and 262. The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE