UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ROBERT HALL | ) | |

## ORDER

Pending before the Court is a Motion to Extend Filing Deadlines by 72 Hours (Docket No. 282). The Motion is granted only as to Defendant Hall. The date for submitting the proposed plea agreement is extended to October 18, 2013. The change of plea hearing remains set for October 21, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE