UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN WALKER, et al. | ) | |

## ORDER

Pending before the Court are Defendant Jeffrey Johnson's Motion For Disclosure Of Rule 404(b) Evidence (Docket No. 245) and Defendant Billy Griffith's Motion For Disclosure Of Rule 404(b) Evidence (Docket No. 254). The Government has not filed a response to the Motions. The Government shall file any response on or before October 22, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE