UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN WALKER, et al. | ) | |

ORDER

The Court held a status conference in this case on February 24, 2014. At the conference, the Court scheduled a change of plea hearing for Defendant Megan Johnson only for March 10, 2014, at 1:00 p.m.

Any proposed plea agreement shall be submitted to the Court by March 7, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE